# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HOLT OF CALIFORNIA, a California Corporation; and Does 1-10,<br><br>    Defendants | Case: 2:14-CV-01336-JAM-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 12/12/2014     /s/ John A. Mendez_____
                      HONORABLE JOHN A. MENDEZ
                      UNITED STATES DISTRICT COURT JUDGE